In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00361-CV


NO. 09-09-00445-CV


____________________



CVS PHARMACY, INC., Appellant



V.



KROGER TEXAS, L.P. AND LENORA JACOBS, Appellees






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 09-02-01007 CV






 MEMORANDUM OPINION


 The appellant, CVS Pharmacy, Inc., filed a motion to dismiss these accelerated
appeals. The motion is voluntarily made by the appellant prior to any decision of this Court.
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion
and dismiss the appeals. 

 APPEALS DISMISSED.

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered December 31, 2009 

Before Gaultney, Kreger, and Horton, JJ.